UNITED STATES BANKRUPTCY COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | |
|     James & Brenda Hart | : | Chapter 13 |
| | : | |
|     Debtor | : | Case No.: 18-12488JKF |

### AMENDED ORDER GRANTING DEBTORS' MOTION FOR AUTHORITY TO SELL REAL PROPERTY FREE AND CLEAR OF LIENS AND ENCUMBRANCES

AND NOW, this 17th day of May, 2018 upon consideration of the Motion of James & Brenda Hart, for the Authority to Sell Real Property Free and Clear of Liens and Encumbrances, it is hereby;

ORDERED and DECREED that:

1. Notice of the Motion was proper and adequate.

2. The Motion is granted and the sale of the real property known as and located at 938 Duxbury Drive, Langhorne PA, 19047 to Shirlene Foreman & Kathy Amberg as "Buyers" is approved.

3. The Debtors are authorized to sell the property known as and located at 938 Duxbury Drive, Langhorne PA, 19047 in accordance with the terms and conditions that are set for the in the Agreement of Sale and Addendum to Agreement of Sale.

4. The Buyers have not assumed any liabilities of the Debtors.

5. The Debtors are authorized to execute documents that are necessary or appropriate to complete the sale of the property.

6. The Agreement of Sale and any related documents or instruments may be modified, amended or supplemented by the parties in a writing signed by both parties without

    further Order of Court, provided that any such modification, amendment or supplement does not have a material adverse effect on the Bankruptcy estate.

7. Per Bankruptcy Rule 6004(h), the 14 day stay as to effect of this Order is hereby waived.

8. At the time of closing, JP Morgan Chase Bank, NA as first mortgagee, and CitiMortgage, Inc. as second mortgagee shall be paid in full on their liens, in order of lien priority and pursuant to an obtained payoff figure.

9. At closing, the Debtors are entitled to directly receive $47,350.00 out of the net proceeds of the sale of the property, which reflect their 11 U.S.C. § 522(d)(1) Exemptions.

10. At the closing of the sale of the property, the closing agent shall directly send to the Chapter 13 Trustee any net proceeds due to the Sellers that exceed $47,350.00, and provide the Chapter 13 Trustee with the final HUD-1 or Settlement Sheet.

FURTHER ORDERED:

_____

Hon. Jean K. FitzSimon