IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: | : |
| Brenda M. Hart<br>James Hart | : Chapter 13 |
| | : Case No. 18-12488JKF |
| Debtor(s) | : |

## CERTIFICATE OF NO RESPONSE

I, Brad J. Sadek, Esquire, hereby certify that neither an objection to the proposed compensation nor an application for administrative expenses has been filed.

Dated: April 30, 2019

/s/ Brad J. Sadek, Esquire
Brad J. Sadek, Esquire
Sadek and Cooper
1315 Walnut Street, Suite 502
Philadelphia, PA 19107
215-545-0008